UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**Hearing Date and Time:**
**June 17, 2015 at 2:30 p.m.**

------------------------------------------------------X

In re

Chapter 11

JEFFREY JOSEPH JEROME and
CAROLINE JEROME,

Case No. 14-75114-ast

**NOTICE OF MOTION**

Debtor.

------------------------------------------------------X

TO THE OFFICE OF THE U.S. TRUSTEE, ALL PERSONS WHO HAVE FILED REQUESTS
FOR RECEIPT OF ALL NOTICES SERVED AND FILED IN THIS CASE AND ALL
CREDITORS WHOSE CLAIMS ARE AFFECTED BY THIS MOTION:

    **PLEASE TAKE NOTICE** that at 2:30 p.m. on June 17, 2015, or as soon thereafter as

counsel can be heard, a hearing will be held before the Honorable Alan S. Trust, Bankruptcy Judge

in his Courtroom which is located at the United States Bankruptcy Court, Long Island Federal

Plaza Courthouse, Federal Plaza, Central Islip, NY 11722 for the entry of an Order: (a) voiding (i)

the second mortgage lien held by Scott Berman ("Berman"), (ii) the judgment lien held by

Oppenheimer & Co. Inc. ("Oppenheimer"), (iii) the judgment lien held by Kleet & Co. Inc.

("Kleet") and (iii) the judgment lien held by Lobe Holding Corp. ("Lobe") pursuant to 11 U.S.C.

§§ 506(a) and 506(d) and Federal Rule of Bankruptcy Procedure ("FRBP") 3012; (b) reclassifying

the proofs of claim filed by Berman (Claim No. 6) and Oppenheimer (Claim No. 3) as wholly

unsecured claims; and (c) for such other or further relief to the Debtors and their Estate as is just

and proper.

    **PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief sought in the

Motion shall be in writing and served so as to be received by: (i) the Clerk of the United States

Bankruptcy Court, 290 Federal Plaza, P.O. Box 9013, Central Islip, New York, 11722; (ii) The

Law Office of Michael G. Mc Auliffe, Esq. 68 South Service Road, Suite 100, Melville, New

York, 11747; and (iii) The Office of the United States Trustee, 290 Federal Plaza, Central Islip,

New York, 11722, Attn. Alfred M. Dimino, Esq., no later than June 10, 2015 at 5:00 p.m.

       **PLEASE TAKE FURTHER NOTICE,** that your response to the Motion is not required

and you need not appear at the Hearing if you do not object to the relief requested in the

Application.

Dated: Melville, New York
      May 28, 2015

                     LAW OFFICES OF MICHAEL G. MC AULIFFE
                     Counsel to the Debtors


                     By  /s/ Michael G. Mc Auliffe
                        Michael G. Mc Auliffe, Esq.
                        68 South Service Road, Suite 100
                        Melville, New York 11747
                        (631) 465-0044